# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

Civil Action No. 5:15-cv-00036-D

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SALIX PHARMACEUTICALS, INC., *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' joint motion, pursuant Federal Rule of Civil Procedure 29(b), for the Court's approval of their stipulation permitting them to file discovery motions on or before August 18, 2017 in the event the action does not settle at mediation. (Doc. 68).

It appearing to the Court that good cause exists for the relief requested, and the Court hereby approves the parties' stipulation

SO ORDERED. This __28__ day of July 2017.

JAMES C. DEVER III
Chief United States District Judge