IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

Civil Action No.: 5:15-cv-00036-D

PHYSICIANS HEALTHSOURCE, INC., an )
Ohio corporation, individually and as the )
representative of a class of similarly-situated )
persons, )
)
                     Plaintiff, )
)
v. )
)
SALIX PHARMACEUTICALS, INC., )
SALIX PHARMACEUTICALS, LTD. and )
JOHN DOES 1-10, )
)
                     Defendants. )

## ORDER OF DISMISSAL

Pursuant to the parties' joint Fed. R. Civ. Proc. 41(a)(1)(A)(ii) stipulation of dismissal, this action is dismissed without prejudice. Each party to bear its own costs.

SO ORDERED. This __21__ day of August, 2017.

                                            JAMES C. DEVER III
                                          Chief United States District Judge